# No. 22-16630

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

COMMONWEALTH CASINO COMMISSION,
*Defendant-Appellant*,

v.

BEST SUNSHINE INTERNATIONAL, LTD (BVI), & IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC
*Plaintiffs-Appellees*.

On Appeal from the United States District Court
for the Northern Mariana Islands,
The Honorable Ramona V. Manglona
United States District Judge
No. 1:22CV-00007

## MOTION REQUESTING JUDICIAL NOTICE OF PLAINTIFFS-APPELLEES

KEVIN ABIKOFF
JAMES BOYKIN
SAMUEL SALYER
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4600
Kevin.Abikoff@hugheshubbard.com
*Attorneys for Plaintiffs-Appellees*

June 5, 2023

## TABLE OF CONTENTS

Page

I. MOTION REQUESTING JUDICIAL NOTICE ..............................................1

II. DISCUSSION ..................................................................................................1

    A. Legal Authority to Take Notice .............................................................1

    B. The Materials to be Noticed and Their Relevance to This Appeal ........1

III. CONCLUSION ...............................................................................................2

TABLE OF EXHIBITS

EXHIBIT 1: Email of May 29, 2023 from Thomas J. Brewer to counsel for IPI and CCC regarding completion of the Arbitration Hearing and the Parties' agreement regarding post-hearing procedures.

## I.    MOTION REQUESTING JUDICIAL NOTICE

Appellees Imperial Pacific International (CNMI), LLC ("IPI") and Best Sunshine International, Ltd (BVI) ("Best Sunshine" and together, "IPI Entities"), pursuant to Federal Rule of Evidence 201 and Federal Rule of Appellate Procedure 27, respectfully request that the Court take judicial notice of the following documents:

**Exhibit 1** – Email of May 29, 2023 from Thomas J. Brewer to counsel for IPI and Commonwealth Casino Commission ("CCC") regarding completion of the Arbitration Hearing and the Parties' agreement regarding post-hearing procedures.

## II.    DISCUSSION

### A.    Legal Authority to Take Notice

The Court may take judicial notice of any matter "not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). *See Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992). Judicial notice may be taken at any time, including on appeal. Fed. R. Evid. 201(d). Counsel for IPI requested that the CCC agree to join Appellee in this motion; counsel for the CCC replied that the CCC did "not wish to file this jointly."

### B.    The Materials to be Noticed and Their Relevance to This Appeal

IPI requests that the Court take judicial notice of the fact that (i) the hearing in the arbitration that is the subject of this appeal was held and completed on May

1

23-25, 2023 in Honolulu, Hawaii; (ii) IPI and the CCC agreed to submit post-hearing briefs due June 16, 2023; and (iii) IPI and the CCC agreed that the AAA will deliver the final award on or before September 1, 2023.

Exhibit 1 is an email from the arbitrator, Mr. Thomas J. Brewer, regarding the completion of the arbitration hearing, the establishment of certain post-hearing procedures, and setting forth the parties' and the arbitrator's agreement for delivery of the final award in the arbitration on or before September 1, 2023.

### III. CONCLUSION

For the reasons stated above, the document attached hereto as Exhibit 1 is relevant to the questions presented on appeal and is the also proper subject of judicial notice under Fed. R. Evid. 201.

Dated: June 5, 2023                                               Respectfully submitted,

/s/ Kevin Abikoff

KEVIN ABIKOFF
JAMES BOYKIN
SAMUEL SALYER
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4600
Kevin.Abikoff@hugheshubbard.com
*Attorneys for Plaintiffs-Appellees*

## TABLE OF EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 1 | Email from Thomas J. Brewer (May 29, 2023) | MJN-124 |

# Exhibit 1

**From:** Thomas J Brewer
**Sent:** Monday, May 29, 2023 2:29 PM
**To:** ICDR Rafael Carlos del Rosal Carmona, LL.M.
**Cc:** Salyer, Samuel; Alison Nelson; Boykin, James; Abikoff, Kevin T.; Keisha Blaise
**Subject:** RE: ICDR Case No. 01-22-0003-4807 - Claimant's Proposed Hearing Schedule

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Rafa – The Arbitration Hearing in this case was held and completed May 23-25, 2023, in Honolulu. At the conclusion of the last day the parties and I reached several agreements, all of which are reflected on the Day 3 transcript. In brief, the main points agreed upon were:

- Post-hearing briefs will be due June 16, 2023, on a limited list of topics, and will be preceded on June 8, 2023, by an exchange of citations on one of those points.
- Unless something in those submissions surprises me in a way that requires further inquiry, my current intention is to declare the record closed when those submissions are received. (ICDR International Rules, Article 30.1)
- The parties agreed to vary the schedule otherwise set for delivery of the final award (Rules, Article 33.1) as follows: (i) I will deliver the draft award referenced in Article 33.3 of the Rules to the Administrator on or before August 23, 2023. (ii) The Administrator will deliver the final award referenced in Article 33.1 and Article 33.3 to the parties on or before September 1, 2023. (We agreed on that date without checking with you first. If it presents any difficulties for you, please let me know – I'll be happy to take up any such issues with the parties.)
- Neither party asserts a claim for attorneys' fees, so the award will be a final award and we will not need a follow-on round of submissions addressing fee claims.
- The form of award to be issued will be a narrative reasoned award that describes the principal reasons for the relief awarded, but will not contain formal findings of fact and law.

Best regards and Happy Memorial Day! Counsel – Thank you again for your agreements on these points. It was a pleasure meeting and working with all of you in person.

Thomas J. Brewer
Arbitrator
188 Ericksen Avenue NE
Bainbridge Island, WA 98110
(206) 780-5037
Email: tjbrewer@tjbrewer.com
Website: http://www.tjbrewer.com