**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 7 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BEST SUNSHINE INTERNATIONAL, LTD (BVI), <br><br> Plaintiff, <br><br> and <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> COMMONWEALTH CASINO COMMISSION, as Agency of the Commonwealth of the Northern Mariana Islands, <br><br> Defendant-Appellant. | No. 22-16630 <br><br> D.C. No. 1:22-cv-00007 District of the Northern Mariana Islands, Saipan <br><br> ORDER |

Before: BADE, BUMATAY, and SANCHEZ, Circuit Judges.

The panel unanimously votes to deny the petition for panel rehearing and rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc, filed July 12, 2023, is **DENIED**.

Panel